Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEAN McLAIN, as Personal Representative of the Estate of Jeffrey McLain, Deceased; RURI MURAKAMI; and MARK RITCHIE,

Plaintiffs,

v.

BRACKETT AERO FILTERS, INC.; BRACKETT AIRCRAFT COMPANY; BRACKETT AIRCRAFT COMPANY, INC. aka (formerly) BRACKETT AIRCRAFT SPECIALTIES, INC.; and THE NEW PIPER AIRCRAFT, INC.,

Defendants.

NO. C06-5056 KLS

ORDER GRANTING 9-DAY EXTENSION OF EXPERT DISCLOSURE DEADLINE

This matter came on regularly for hearing before this Court on the foregoing unopposed motion. This Court reviewed the file and records herein and is otherwise advised in the premises, NOW, THEREFORE,

ORDER GRANTING 9-DAY EXTENSION OF EXPERT
DISCLOSURE DEADLINE (C06-5056RJB) - 1

LAW OFFICES OF

**I. Mills Meyers Swartling**

1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

IT IS HEREBY ORDERED that all parties are to submit their FRCP 26(a)(2) expert witness disclosures no later than June 8, 2007 rather than May 30, 2007 as previously ordered.

DATED this 30th day of May, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

MILLS MEYERS SWARTLING
Attorneys for Defendant
Piper Aircraft Company

/s/ David M. Schoeggl
Frederick M. Meyers,
WSBA # 1158
fmeyers@mms-seattle.com
David M. Schoeggl
WSBA 13635
dschoeggl@mms-seattle.com
Caryn Geraghty Jorgensen
WSBA # 27514
cjorgensen@mms-seattle.com

ORDER GRANTING 9-DAY EXTENSION OF EXPERT
DISCLOSURE DEADLINE (C06-5056RJB) - 2

LAW OFFICES OF

**I. Mills Meyers Swartling**

1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343