UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEAN McLAIN, as Personal Representative of the Estate of Jeffrey McLain, Deceased; RURI MURAKAMI; and MARK RITCHIE,<br><br>Plaintiffs,<br><br>v.<br><br>BRACKETT AERO FILTERS, INC.; BRACKETT AIRCRAFT COMPANY; BRACKETT AIRCRFT COMPANY, INC., aka (formerly) BRACKETT AIRCRAFT SPECIALTIES, INC.; and THE NEW PIPER AIRCRAFT, INC.,<br><br>Defendant. | Case No. C06-5056 KLS<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF REBUTTAL EXPERT DISCLOSURE AND REBUTTAL EXPERT DEPOSITION DEADLINES |

Plaintiffs and defendants have moved for an extension of the current deadlines for all parties to exchange their rebuttal expert witness disclosures to August 17, 2007, and to depose rebuttal experts to September 7, 2007. No other dates are sought to be changed.[1]

This is a complex aviation product liability case involving a January 1, 2004 aircraft accident. The parties requested this extension to allow all parties additional time to designate and depose rebuttal expert witnesses. The schedules of primary experts did not permit completion of their depositions in sufficient time to provide adequate time to the parties to

---

[1] Changing these dates will, however, extend the current discovery completion date of July 30, 2007 as to rebuttal expert witnesses only.

JOINT MOTION AND ORDER FOR EXTENSION OF
REBUTTAL EXPERT DISCLOSURE AND REBUTTAL
EXPERT DEPOSITION DEADLINES - 1

PDX/105649/137195/JKK/1563536.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
503-222-9981

1  designate and depose rebuttal expert witnesses.

2  THE MOTION IS GRANTED. The parties shall exchange their rebuttal expert
3  witness disclosures on or before August 17, 2007, and depose rebuttal experts on or before
4  September 7, 2007.

5  Dated this 6TH day of July, 2007.

7  Karen L. Strombom
   United States Magistrate Judge

10 Prepared and submitted by Jan K. Kitchel, of attorneys for plaintiffs

JOINT MOTION AND ORDER FOR EXTENSION OF
REBUTTAL EXPERT DISCLOSURE AND REBUTTAL
EXPERT DEPOSITION DEADLINES - 2

PDX/105649/137195/JKK/1563536.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
503-222-9981

# CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of June, 2007, I caused to be served the foregoing JOINT MOTION AND ORDER FOR EXTENSION OF REBUTTAL EXPERT DISCLOSURE AND REBUTTAL EXPERT DEPOSITION DEADLINES on the following parties at the following addresses:

Brant A. Godwin
Attorney at Law
Dunlap & Soderland, PS
900 Fourth Avenue
#3003
Seattle, WA 98164

Frederick M. Meyers
Caryn Geraghty Jorgensen
Attorneys at Law
Mills Meyers Swartling
1000 Second Avenue
30th Floor
Seattle, WA 98104-1064

Peter T. Kirchen
Law Offices of Kern and Wooley, LLP
11100 Santa Monica Blvd.
Suite 700
Los Angeles, CA 90025

Robert B. Hopkins
Landye Bennett Blumstein, LLP
Attorneys at Law
1300 SW 5th Avenue, Suite 3500
Portland, OR 97201

by:

☒ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☐ electronic service
☐ other (specify) _____

Jan K. Kitchel

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
503-222-9981

PDX/105649/137195/JKK/1563536.1