Honorable Karen L. Strombom

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DEAN McLAIN, as Personal Representative of the Estate of Jeffrey McLain, Deceased; RURI MURAKAMI; and MARK RITCHIE,<br><br>Plaintiffs,<br><br>v.<br><br>BRACKETT AERO FILTERS, INC.; BRACKETT AIRCRAFT COMPANY; BRACKETT AIRCRAFT COMPANY, INC. aka (formerly) BRACKETT AIRCRAFT SPECIALTIES, INC.; and PIPER AIRCRAFT, INC.,<br><br>Defendants. | NO. C06-5056KLS<br><br>ORDER GRANTING DEFENDANT PIPER AIRCRAFT, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

THIS MATTER came on regularly for hearing before this Court on Piper Aircraft, Inc.'s Motion for Partial Summary Judgment (Dkt. #34). This Court has considered the files and pleadings herein, including, without limitation, the following:

1. Defendant Piper Aircraft, Inc.'s Motion for Partial Summary Judgment;

2. Plaintiff's Opposition to Defendant Piper Aircraft, Inc.'s Motion for Partial Summary Judgment, if any;

ORDER GRANTING PIPER AIR INDUSTRIES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT  (C06-5056RJB) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

The Plaintiff s have not filed any opposition to the Defendants' Motion for Partial Summary Judgment.

ACCORDINGLY, IT IS HEREBY ORDERED that Defendant Piper Aircraft, Inc.'s Motion for Partial Summary Judgment is GRANTED. The plaintiffs' negligence claim and the noneconomic damages claim asserted by the estate of Jeffrey McLain are hereby dismissed with prejudice.

DATED this 19th day of September, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

MILLS MEYERS SWARTLING
Attorneys for Defendant
Piper Aircraft Company

/s/ David M. Schoeggl
Frederick M. Meyers,
WSBA # 1158
fmeyers@mms-seattle.com
David M. Schoeggl
WSBA 13635
dschoeggl@mms-seattle.com
Caryn Geraghty Jorgensen
WSBA # 27514
cjorgensen@mms-seattle.com

ORDER GRANTING PIPER AIR INDUSTRIES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT  (C06-5056RJB)  - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24   ORDER GRANTING PIPER AIR INDUSTRIES, INC.'S MOTION
FOR PARTIAL SUMMARY JUDGMENT  (C06-5056RJB)  - 3
25
26

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343